```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to: All Cases

----------------------------------------X

O R D E R

11 MD 2262 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Counsel for OTC Plaintiffs, Exchange-Based Plaintiffs, and defendants are directed to appear for a Rule 26(f) conference at the time and place listed below, and are directed to confer. Conference will be held on October 27, 2014, at 3:00 P.M., at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

**IT IS SO ORDERED.**

Dated: New York, New York
       October 14, 2014

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE