UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION as ) | |
| Receiver for AMCORE BANK, N.A., et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 14-cv-01757 |
| BANK OF AMERICA CORP., et al., ) | |
| Defendants. ) | |
| ) | |
| THE FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION, ) | |
| Plaintiff, ) | |
| v. ) | No. 13-cv-03952 |
| BANK OF AMERICA CORPORATION, et al., ) | |
| Defendants. ) | |
| ) | |
| PRINCIPAL FINANCIAL GROUP, INC., et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 13-cv-06014 |
| BANK OF AMERICA CORPORATION, et al., ) | |
| Defendants. ) | |
| ) | |
| PRINCIPAL FUNDS, INC., et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 13-cv-06013 |
| BANK OF AMERICA CORPORATION, et al., ) | |
| Defendants. ) | |
| ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/19/2015

[~~PROPOSED~~] ORDER

This Order addresses the letter submitted by Federal Home Loan Mortgage Corporation, the Federal Deposit Insurance Corporation as Receiver for 38 Closed Banks, Principal Funds, Inc., and Principal Financial Group, Inc. (the "Antitrust Plaintiffs") on May 13, 2015, which requested that this Court consider certain facts contained in the recent settlement agreements between Deutsche Bank AG and various government agencies for the purpose of ruling on Defendants' pending motion to dismiss the Antitrust Plaintiffs' antitrust claims. The Court will

consider Antitrust Plaintiffs' letter as supplemental briefing in opposition to Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: New York, New York
       May 18    , 2015

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE