UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>- against –<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>      Defendants. | Case No. 13-cv-03952 (NRB)<br><br>**NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |

  PLEASE TAKE NOTICE that effective January 1, 2016, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. became known as Coöperatieve Rabobank U.A.

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Rabobank U.A. ("Rabobank") certifies as follows:  Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated:  New York, New York
    February 2, 2016

                     MILBANK, TWEED, HADLEY & MCCLOY LLP

                  By: /s/ David R. Gelfand

                   David R. Gelfand
                   Sean M. Murphy
                   Mark D. Villaverde
                   28 Liberty Street
                   New York, New York 10005-1413
                   (212) 530-5000
                   (212) 822-5219 (facsimile)
                   DGelfand@milbank.com
                   SMurphy@milbank.com
                   MVillaverde@milbank.com

                   *Counsel for Defendant Coöperatieve Rabobank U.A.* (f/k/a *Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*)